FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN -6 A 11: 30

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| RON A. BEN AAMAN, | : |
| Plaintiff | : |
| vs. | : Civil Action No. CV205-93 |
| VINNELL CORPORATION | : |

## ORDER

Plaintiff Ron A. Ben Aaman, and Defendant Vinnell Corporation, by and through their counsel of record, having filed a Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii),

**IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendant are dismissed with prejudice.

**SO ORDERED**, this 6th day of Jan., 2006.

_____
Judge, U.S. District Court
Southern District Of Georgia